UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KENNETH W. DICKSON, JR. and<br>TAMMIE N. DICKSON,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>   Defendant. | No. 1:23-cv-0202-JRG-SKL |

## ORDER

Before the Court is the parties' joint status report and motion to extend the discovery deadline from September 10 to October 7, 2024 [Doc. 18]. The parties state mediation may be appropriate following the close of the extended discovery period. While the parties represent that the requested extension of time to conclude discovery will not impact the current dispositive motion deadline, they offer no good cause for the requested extension of the discovery period. *See* Fed. R. Civ. P. 16(b)(4) (A scheduling order "may be modified only for good cause and with the judge's consent."). Moreover, it does not appear that a date certain has been set for the anticipated mediation.

In its discretion, however, the Court will **GRANT** the joint motion [Doc. 18] and **ORDER** that discovery shall be completed by **October 7, 2024**, on the condition that the parties **SHALL** engage in mediation on or before **December 6, 2024**, unless the case is resolved sooner. All other deadlines and requirements set forth in the Scheduling Order [Doc. 16] **SHALL** remain in effect.

Accordingly, it is **FURTHER ORDERED** that, unless this case is resolved sooner by agreement, the parties **SHALL** engage in private mediation in good faith with a mutually agreed-

upon mediator to attempt to resolve this case on or before **December 6, 2024**. The parties **SHALL** be responsible for setting a schedule to comply with this deadline and the requirements of E.D. Tenn. L.R. 16.4(l). The mediator is authorized to set parameters for the mediation in addition to those addressed herein. Within **SEVEN DAYS** of the conclusion of the scheduled mediation, the mediator **SHALL** file a mediation report, and the parties **SHALL** ensure that he or she does so. *See* E.D. Tenn. L.R. 16.4(m). The mediator **SHALL** be compensated at rates to be agreed upon by the parties and the mediator, and the compensation for said mediation services **SHALL** be borne equally by the parties unless other arrangements are agreed to by the parties. *See* E.D. Tenn. L.R. 16.4(i).

    SO ORDERED.

    ENTER:

                                                 s/ *Susan K. Lee*
                                                 SUSAN K. LEE
                                                 UNITED STATES MAGISTRATE JUDGE