## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH W. DICKSON, JR. and<br>TAMMIE N. DICKSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-00202-JRG-SKL<br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kenneth W. Dickson, Jr. and Tammie N. Dickson and Defendant State Farm Fire and Casualty Company hereby agree and stipulate that all matters in controversy between and among them have been fully and finally resolved and therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiffs' entire action and all claims against Defendant shall be and hereby are dismissed with prejudice.

Plaintiffs and Defendant, as evidenced by the signatures below, have settled all claims and have stipulated to the dismissal with prejudice of this action, with each party to bear its own costs and expenses, except as provided in the operative settlement agreement.

1

Respectfully submitted,

**BURNETTE, DOBSON & PINCHAK**

By: /s/ Frank P. Pinchak

Frank P. Pinchak
Harry F. Burnette
BURNETTE, DOBSON & PINCHAK
711 Cherry Street
Chattanooga, TN 37402
(423) 266-2121
fpinchak@bdplawfirm.com
hburnette@bdplawfirm.com

*Counsel for Kenneth W. Dickson, Jr. and Tammie N. Dickson*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: /s/ Ashley Gibson

Ashley Gibson (BPR No. 034140)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
(423) 752-4403
(423) 756-3447 facsimile
abgibson@bakerdonelson.com

and

Brigid M. Carpenter (BPR No. 018134)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Fax: (615) 726-0464
bcarpenter@bakerdonelson.com

*Attorneys for Defendant State Farm Fire & Casualty*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

Frank P. Pinchak
Harry F. Burnette
BURNETTE, DOBSON & PINCHAK
711 Cherry Street
Chattanooga, TN 37402
(423) 266-2121
fpinchak@bdplawfirm.com
hburnette@bdplawfirm.com

this _2nd_ day of _May_, 2025.

Ashley B. Gibson

3